UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:  
    Elmer Newberry  
    Joyce Newberry  

    Debtors.  
_____/

Case No.: 6:15-bk-00804-CCJ

Chapter 13

__X__ **CHAPTER 13 PLAN**      _____ **AMENDED CHAPTER 13 PLAN**

COME NOW, the Debtors, Elmer Newberry and Joyce Newberry, and file this Chapter 13 Plan. The projected disposable income of the Debtors is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtors shall pay the following sums to the Chapter 13 Standing Trustee:

## PLAN PAYMENTS

| Payment Number by months | Amount of Monthly Plan payment |
|---|---|
| 1 (February 2015) | $ 1,910.00 |
| 2 – 60 (March 2015 – January 2020) | $ 2,635.00 |

The Debtors shall pay by money order, cashier's check or wage deduction, to Laurie K. Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103. The Debtors' name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

## PAYMENT OF CLAIMS THROUGH THE PLAN

**ATTORNEY FEES:**

| Name of Creditor | Claim # | Claim Amount | Payment Amount | Payment Numbers | Total of Payments |
|---|---|---|---|---|---|
| Debtor Attorney | | $4,500.00 | $200.00<br>$100.00 | 1-22<br>23 | $4,500.00 |

**PRIORITY CLAIMS:** The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee and:

| Name of Creditor | Claim # | Claim Amount | Payment Amount | Payment Numbers | Total of Payments |
|---|---|---|---|---|---|
| | | | | | |

## SECURED CLAIMS:

| Name of Creditor | Claim # | Claim Amount | Payment Amount | Payment Numbers | Total of Payments |
|---|---|---|---|---|---|
| Wells Fargo - 1st mtg<br>326 Observatory | | $50,275.00 | $0.00<br>$654.65 | 1 o/s plan<br>2-60 | $38,624.35 |
| SunTrust – 2nd mtg<br>326 Observatory<br>(Will file motion to strip lien) | | $47,840.00 | | | |
| Bank of America<br>25040 Washington | | $104,363.00 | $783.90 | 1-60 | $47,034.00 |
| Springleaf<br>2002 Camry | | $5,144.00<br>@ 5.25% | $97.66 | 1-60 | $5,859.60 |
| Flagship<br>2012 Malibu<br>VIN ending 1506 | | $12,479.00<br>@ 5.25% | $236.93 | 1-60 | $14,215.80 |
| CIG Financial<br>2012 Malibu<br>VIN ending 0518 | | $11,238.00<br>@ 5.25% | $213.36 | 1-60 | $12,801.60 |
| Capital One<br>2008 Kawasaki | | $6,183.00<br>@ 5.25% | $117.39 | 1-60 | $7,043.40 |

## SECURED ARREARAGE:

| Name of Creditor | Claim # | Claim Amount | Payment Amount | Payment Numbers | Total of Payments |
|---|---|---|---|---|---|
| Bank of America<br>25040 Washington | | $9,715.00 | $65.00<br>$165.00<br>$265.00<br>$170.00 | 1-22<br>23<br>24-53<br>54 | $9,715.00 |

## SECURED GAP PAYMENTS:

| Name of Creditor | Claim # | Claim Amount | Payment Amount | Payment Numbers | Total of Payments |
|---|---|---|---|---|---|
| Wells Fargo – 1st mtg<br>326 Observatory | | $654.65 | $130.93 | 55-59 | $654.65 |
| Bank of America<br>25040 Washington | | $783.90 | $130.65 | 55-60 | $783.90 |

## PROPERTY TO BE SURRENDERED:

| Name of Creditor | Claim # | Property Description |
|---|---|---|
| | | |

**VALUATION OF SECURITY:**

| Name of Creditor | Claim # | Claim Amount | Payment Amount | Payment Numbers | Total of Payments |
|---|---|---|---|---|---|
| | | $ | $ | | $ |

**EXECUTORY CONTRACTS:**

**The following Executory Contracts are assumed:**

| Name of Creditor | Description of Collateral |
|---|---|
| | |

**The following Executory Contracts are rejected:**

| Name of Creditor | Description of Collateral |
|---|---|
| | |

**UNSECURED CREDITORS** whose claims are allowed shall receive a pro rata share of the balance of the funds remaining after payments to Priority and Secured Creditors are made. Approximate percentage: 0.93% ($403.05).

Property of the Estate revests in the Debtors upon confirmation of the plan, or upon completion of all plan payments and the discharge of Debtors.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Chapter 13 Plan has been served electronically, and when appropriate by regular United States Mail, to the all creditors listed on the Court's Matrix as attached, this 4th day of February, 2015.

*[signature]*
Debtor Elmer Newberry

*[signature]*
Debtor Joyce Newberry

/s/ JOEL L. GROSS, ESQ.
The Law Office of Joel L. Gross, PA
Joel L. Gross, Esq.
FBN 419796
655 West Highway 50, Suite 101
Clermont, Florida 34711
(352) 536-6288
(352) 536-2452 Fax
Email: jlgpa@cfl.rr.com