| Label Matrix for local noticing | United States Trustee - ORL7/13 7 | W.S. Badcock Corporation |
|---|---|---|
| 113A-6 | Office of the United States Trustee | Post Office Box 724 |
| Case 6:15-bk-00804-CCJ | George C Young Federal Building | Mulberry, FL 33860-0724 |
| Middle District of Florida | 400 West Washington Street, Suite 1100 | |
| Orlando | Orlando, FL 32801-2210 | |
| Wed Feb  4 15:34:51 EST 2015 | | |

| Albertelli Law | Bank of America | CIG Financial |
|---|---|---|
| PO Box 23028 | PO Box 941852 | 6 Executive Circle |
| Tampa, FL 33623-2028 | Simi Valley, CA 93094-1852 | Irvine, CA 92614-6732 |

| CIG Financial | Capital One Auto Finance | Country Door Inspirations |
|---|---|---|
| PO Box 19795 | PO Box 259407 | 1112  7th Ave |
| Irvine, CA 92623-9795 | Plano, TX 75025-9407 | Monroe, WI 53566-1364 |

| Flagship Credit Acceptance | Florida Department of Revenue | Florida Hospital |
|---|---|---|
| PO Box 2070 | Bankruptcy Unit | PO Box 538800 |
| Coppell, TX 75019-8070 | Post Office Box 6668 | Orlando, FL 32853-8800 |
| | Tallahassee FL 32314-6668 | |

| Home Depot | Internal Revenue Service | JCPenney |
|---|---|---|
| PO Box 790328 | Post Office Box 7346 | PO Box 965046 |
| Saint Louis, MO 63179-0328 | Philadelphia PA 19101-7346 | Orlando, FL 32896-5046 |

| Jewett Orthopaedic Clinic | Mariner Finance | Moncrief Bail Bonds |
|---|---|---|
| 1285 Orange Ave. | 2169 E Semoran Blvd | 3910 S John Young Pkwy |
| Winter Park, FL 32789-4961 | Apopka, FL 32703-5712 | Orlando, FL 32839-9209 |

| Montgomery Ward | Orange County Fire Rescue | Orange County Tax Collector |
|---|---|---|
| 3650 Milwaukee St | PO Box 863291 | PO Box 545100 |
| Madison, WI 53714-2304 | Orlando, FL 32886-3291 | Orlando FL 32854-5100 |

| Orlando Health | Orlando Sentinel | Sams Club |
|---|---|---|
| PO Box 620000 Stop 9936 | 633 N. Orange Ave. | PO Box 965046 |
| Orlando, FL 32891-9936 | Orlando, FL 32801-1349 | Orlando, FL 32896-5046 |

| Springleaf Auto Finance | Suntrust | Suntrust |
|---|---|---|
| PO Box 742536 | PO Box 305053 | PO Box 79282 |
| Cincinnati, OH 45274-2536 | Nashville, TN 37230-5053 | Baltimore, MD 21279-0282 |

| Tori Peppler, MD | Tori Peppler, MD | Walmart |
|---|---|---|
| 1414 Kuhl Ave, | 86 W Underwood St, Ste 102 | PO Box 965046 |
| Orlando, FL 32806-2008 | Orlando, FL 32806-1110 | Orlando, FL 32896-5046 |

| | | |
|---|---|---|
| Wells Fargo<br>PO Box 14411<br>Des Moines, IA 50306-3411 | Zephyrhills Direct<br>#216  6661 Dixie Hwy, Ste 4<br>Louisville, KY 40258-3950 | Elmer Newberry<br>326 S. Observatory Dr.<br>Orlando, FL 32835-1962 |
| Joel L Gross<br>The Law Office of Joel L Gross PA<br>655 West Highway 50<br>Suite 101<br>Clermont, FL 34711-2982 | Joyce Newberry<br>326 S. Observatory Dr.<br>Orlando, FL 32835-1962 | Laurie K Weatherford<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 |

             The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
             by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


(d)Badcock
PO Box 497
Mulberry, FL 33860



             The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


| | |
|---|---|
| (d)W. S. Badcock Corporation<br>Post Office  Box 724<br>Mulberry, FL 33860-0724 | End of Label Matrix<br>Mailable recipients    35<br>Bypassed recipients     1<br>Total                  36 |